# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

THE ESTATE OF DIEGO LEFEBRE,

    Plaintiff,

v.

                              Case No. 8:23-cv-00300-WFJ-CPT

ALEJANDRO N. MAYORKAS,
SECRETARY, U.S. Department of
Homeland Security,

    Defendant.
_____/

## NOTICE OF SETTLEMENT
## PURSUANT TO LOCAL RULE 3.09(A)

    Pursuant to Local Rule 3.09(a), Plaintiff, THE ESTATE OF DIEGO LEFEBRE, and Defendant, ALEJANDRO N. MAYORKAS, SECRETARY, U.S. Department of Homeland Security, hereby notify the Court that the parties have resolved this action in full and are executing a settlement agreement.

                                    Respectfully submitted,

| | |
|---|---|
| USMAN LAW FIRM | ROGER B. HANDBERG<br>United States Attorney |
| */s/ Derek P. Usman*<br>Derek P. Usman<br>Counsel for Plaintiff | */s/ Grace Anne Monnig*<br>Grace Anne Monnig<br>Assistant United States Attorney<br>Counsel for Defendant |